WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Dana Lynn Thornton,<br><br>  Defendant. | CR 02-662-1-PHX-PGR<br><br><br><br>**ORDER** |

  A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 12, 2006.

  **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

  **THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 14th day of September, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge